# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shields, Anne Y. | U.S. District Court for the Eastern District of New York | 08/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 08/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | CSC Holdings LLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 08/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC (various accounts) | B | Interest | M | T | | | | | |
| 2. Cablevision Cash Balance Pension Plan (cash account) | B | Interest | M | T | | | | | |
| 3. NY 529 Conservative Option | C | Int./Div. | J | T | | | | | |
| 4. Blackrock Global Alloc VI | | None | M | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. Fidelity Cash Reserve (cash account) | A | Interest | | | Closed | 08/22/17 | J | | |
| 7. Fidelity Asset Manager 50% (FASMX) | A | Dividend | | | Sold | 09/26/17 | K | | |
| 8. Fidelity Blue Chip Growth Fund (FBGRX) | | None | | | Sold | 09/26/17 | M | | |
| 9. Fidelity Contrafund (FCNTX) | A | Dividend | | | Sold | 09/26/17 | L | | |
| 10. Fidelity Growth & Income Fund (FGRIX) | A | Dividend | | | Sold | 09/26/17 | L | | |
| 11. Fidelity Magellan Fund (FMAGX) | C | Dividend | | | Sold | 09/26/17 | L | | |
| 12. Fidelity Puritan Fund (FPURX) | A | Dividend | | | Sold | 09/26/17 | L | | |
| 13. Fidelity Select Energy Fund (FSENX) | A | Dividend | | | Sold | 09/26/17 | J | | |
| 14. AMC Networks Inc (AMCX) | | None | | | Sold | 09/26/17 | J | | |
| 15. Lockheed Martin Corm (LMT) | A | Dividend | | | Sold | 09/26/17 | J | | |
| 16. Madison Square Garden Co New CL A (MSG) | | None | | | Sold | 09/26/17 | J | | |
| 17. Brokerage Acct #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AXA Cash Account | A | Interest | | | Closed | 08/23/17 | J | | |
| 19. Optimum Fixed Income Fund (OIFIX) | A | Dividend | | | Sold | 08/31/17 | K | | |
| 20. Optimum Int'l Fund (OIIEX) | A | Dividend | | | Sold | 08/31/17 | J | | |
| 21. Optimum Small-Mid Cap Growth Fund (OISGX) | | None | | | Sold | 08/31/17 | J | | |
| 22. Optimum Small-Mid Cap Value Fund(OISVX) | A | Dividend | | | Sold | 08/31/17 | J | | |
| 23. Optimum Large Cap Growth Fund (OILGX) | | None | | | Sold | 08/31/17 | K | | |
| 24. Optimum Large Cap Value Fund (OILVX) | A | Dividend | | | Sold | 08/31/17 | K | | |
| 25. IRA #2 (H) | | | | | | | | | |
| 26. Charles Schwab Cash Sweep (cash) | A | Interest | J | T | Open | 08/22/17 | J | | |
| 27. AXA Cash Account | A | Interest | | | Closed | 08/23/17 | J | | |
| 28. Optimum Fixed Income Fund (OIFIX) | A | Dividend | | | Sold | 09/26/17 | K | | |
| 29. Optimum Int'l Fund (OIIEX) | A | Dividend | | | Sold (part) | 07/10/17 | J | | |
| 30. | | | | | Sold | 09/26/17 | J | | |
| 31. Optimum Small-Mid Cap Growth Fund (OISGX) | | None | | | Sold | 09/26/17 | J | | |
| 32. Optimum Small-Mid Cap Value Fund (OISVX) | A | Dividend | | | Sold | 09/26/17 | J | | |
| 33. Optimum Large Cap Growth Fund (OILGX) | | None | | | Sold | 09/26/17 | J | | |
| 34. Optimum Large Cap Value Fund (OILVX) | A | Dividend | | | Sold | 01/10/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 08/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/26/17 | J | | |
| 36. IRA #3 (H) | | | | | | | | | |
| 37. Vanguard Balanced Index Fund (VBIAX) | A | Dividend | | | Sold | 09/26/17 | K | | |
| 38. Vanguard STAR Fund (VGSTX) | | None | | | Sold | 09/26/17 | K | | |
| 39. Vanguard FTSE Developed Mkts ETF (VEA) | A | Distribution | L | T | Buy | 09/27/17 | L | | |
| 40. IRA #4 (H) | | | | | | | | | |
| 41. Vanguard Intermediate Term Bd ETF (BIV) | B | Dividend | M | T | Buy | 09/27/17 | M | | |
| 42. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 43. Vanguard Value Index Fund ETF (VTV) | B | Dividend | M | T | Buy | 09/27/17 | M | | |
| 44. | | | | | Sold (part) | 10/31/17 | J | | |
| 45. Vanguard Growth Index Fund ETF (VUG) | A | Dividend | M | T | Buy | 09/27/17 | M | | |
| 46. | | | | | Sold (part) | 10/31/17 | J | | |
| 47. Vanguard FTSE Developed Mkts ETF (VEA) | B | Dividend | M | T | Buy | 09/27/17 | M | | |
| 48. | | | | | Sold (part) | 10/31/17 | J | | |
| 49. Vanguard Long Term Bond ETF (BLV) | A | Dividend | K | T | Buy | 09/27/17 | K | | |
| 50. Vanguard Short Term Bond ETF (BSV) | A | Dividend | L | T | Buy | 09/27/17 | L | | |
| 51. | | | | | Buy (add'l) | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 08/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Bloom Barc Intl Trs Bd ETF (BWX) | A | Dividend | L | T | Buy | 09/27/17 | L | | |
| 53. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 54. iShares Core MSCI Emerg Mkts (IEMG) | B | Dividend | M | T | Buy | 09/27/17 | M | | |
| 55. | | | | | Sold (part) | 10/31/17 | J | | |
| 56. iShares Core S&P Mid Cap ETF (IJH) | A | Dividend | L | T | Buy | 09/27/17 | L | | |
| 57. | | | | | Sold (part) | 10/31/17 | J | | |
| 58. iShares S&P Small Cap 600 Indx ETF (IJR) | A | Dividend | L | T | Buy | 09/27/17 | L | | |
| 59. | | | | | Sold (part) | 10/31/17 | J | | |
| 60. Janus Henderson High Yield Fund T (JAHYX) | A | Dividend | L | T | Buy | 09/27/17 | L | | |
| 61. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 62. Vanguard Real Estate ETF (VNQ)' | A | Dividend | K | T | Buy | 09/27/17 | K | | |
| 63. 401(k) #1 (H) | | | | | | | | | |
| 64. Vanguard Ext Mkt Index ISP Large Cap | B | Int./Div. | | | Sold | 09/18/17 | M | | |
| 65. Vanguard S&P 500 Index | | None | | | Sold | 09/18/17 | M | | |
| 66. Vanguard Total Bd Mkt ADM | A | Int./Div. | | | Sold | 09/18/17 | K | | |
| 67. Vanguard Total Int'l Stock IP | B | Int./Div. | | | Sold | 09/18/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 08/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 08/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anne Y. Shields**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544